# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

      Plaintiff,

v.                                                    CASE NO.  4:16cv465-RH/CAS

JULIE JONES et al.,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. I have reviewed *de novo* the issues raised by the objections.

The plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not adequately alleged that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed *in forma pauperis*. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 24, 2016.

s/Robert L. Hinkle_____
United States District Judge